# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2015

## NO. 03-13-00331-CV

**Plasma Fab, LLC and Russell McCann, Appellant**

**v.**

**BankDirect Capital Finance, LLC, a Subsidiary of Texas Capital Bank, N.A.; and Scottsdale Insurance Company, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on April 25, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. The Court reverses the portion of the judgment that grants BankDirect's motion for summary judgment as to Plasma Fab's claims against BankDirect and remands the cause to the trial court for further proceedings consistent with this opinion. The Court affirms the remainder of the trial court's judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.